The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. MOSSES RAMOS,<br>4. NECA SILVESTRE,<br>5. KATRINA CAZARES, and<br>6. KYARA ZEPEDA,<br><br>Defendants. | NO. CR23-171-JSM<br><br>**PROTECTIVE ORDER** |

    1.    This Protective Order governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above-captioned.

    2.    **Protected Material.**  Discovery in this case includes materials and documents from financial institutions, payment platforms, electronic service and phone providers, and other third parties that include personally identifiable information (PII). For purposes of this order, PII is defined as Social Security numbers, driver's license numbers, dates of birth, addresses, and bank or other financial account numbers. Redacting the discovery to delete PII from these documents would unnecessarily delay the disclosure of discovery to the defendants and would frustrate the intent of the

PROTECTIVE ORDER - 1
*United States v. Ramos et al.*, CR23-171-JSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

discovery process. For the purposes of this order, the materials described in paragraph 2 are collectively, "Protected Material."

3. **Sensitive Material.** Discovery also includes extraction files from personal cell phones that contain personal and sensitive information that may be unrelated to this case, including but not limited to personal photographs of minors, family members, defendants, and/or witnesses. For the purposes of this order, the materials described in paragraph 3 are collectively, "Sensitive Material."

4. **Defense Team.** For the purposes of this order, "Defense Team" shall be limited to attorneys of record for the defendants and any of the following people working on this matter under the supervision of the attorneys of record: attorneys, investigators, paralegals, law clerks, testifying and consulting experts, and legal assistants. "Defense Team" does not include the defendants.

5. Defense counsel is required to provide a copy of this Protective Order to members of the Defense Team and obtain written consent from members of the Defense Team of their acknowledgment to be bound by the terms and conditions of this Protective Order, prior to providing any Protected or Sensitive Material to the members of the defense team. The written consent need not be disclosed or produced to the United States unless reasonably requested by the Assistant United States Attorney and ordered by the Court.

6. **Designations.** The government shall mark materials containing PII from financial institutions, payment platforms, electronic service and phone providers, and other third parties as "Protected Material."

7. Materials extracted from personal cell phones are Sensitive Material without further designation from the government.

8. **Restricted Access.** Access to Protected Material and Sensitive Material will be restricted to the Defense Team, with the limited exceptions discussed in paragraphs 9 through 11 below. Members of the Defense Team shall not provide copies

PROTECTIVE ORDER - 2
*United States v. Ramos et al.*, CR23-171-JSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of any Protected Material or Sensitive Material to persons outside of the Defense Team, except as specifically set forth below.

9. Members of the Defense Team shall retain custody of all copies of the Protected Material and Sensitive Material, except as discussed below in paragraphs 10 and 11. Members of the Defense Team shall use Protected Material and Sensitive Material only for the purpose of preparing a defense to the charges in this action. Members of the Defense Team may review the Protected Material or Sensitive Material with defendants and witnesses for purposes of trial preparation, provided that witnesses may review the Protected Material or Sensitive Material only in the presence a member of the Defense Team and may not take notes regarding the content of the Protected Material or Sensitive Material.

10. **Review on Pretrial Release.** Defendants who are on pretrial release may review Protected Material and Sensitive Material at the offices of their counsel but are prohibited from printing out, copying, or disseminating Protected Material and Sensitive Material. The Defense Team may, however, provide their client Protected Material that either do not contain any PII or otherwise have been redacted by the Defense Team to remove all PII. The Defense Team may also provide their client with Protected Material with their own client's PII unredacted and/or Sensitive Material from their own client's personal cell phone.

11. **Review While Detained.** Defendants who are held at the Federal Detention Center (FDC) will be permitted to review the Protected Material and Sensitive Material, consistent with the regulations established by the BOP, with their respective counsel in a controlled environment at the FDC, but will be prohibited from printing out, copying, or disseminating the Protected Material and Sensitive Material. Defendant is prohibited from maintaining a copy of the Protected Material or Sensitive Material, or any notes made while reviewing that material, in his cell.

12. **Non-Waiver.** Nothing in this order shall prevent any party from seeking modification of this Protective Order or from objecting to discovery that it believes to be

PROTECTIVE ORDER - 3
*United States v. Ramos et al.*, CR23-171-JSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970


otherwise improper. In the event that counsel for a defendant believes that the government has incorrectly designated material as Protected Material, said counsel should first confer with the government to attempt to resolve the issue. If the parties are unable to resolve the dispute, counsel is free to raise the issue with the Court by way of a motion.

13. Nothing in this order shall be deemed to require the government to provide particular discovery at a time or in a fashion inconsistent with applicable law. The failure to designate any materials as Protected Material shall not constitute a waiver of a party's assertion that the materials are covered by this Protective Order.

14. **Additional Defendants.** This Protective Order will cover additional defendants in this case so long as they agree to be bound by the terms of this Protective Order and so indicate that consent by the execution of a supplemental stipulation, which shall be filed as an addendum or supplement to this Protective Order.

DATED this 30th day of November, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cindy Chang*
CINDY CHANG
VINCENT T. LOMBARDI
Assistant United States Attorneys

PROTECTIVE ORDER - 4
*United States v. Ramos et al.*, CR23-171-JSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970