The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. MOSSES RAMOS,<br>4. NECA SILVESTRE,<br>5. KATRINA CAZARES,<br>6. KYARA MONTERO,<br><br>Defendants. | NO. CR23-171-JSM<br><br>**ORDER CONTINUING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The current trial date for this matter January 8, 2023.  The United States has filed a motion to continue the trial until October 21, 2024.  Defendants Mosses Ramos, Neca Silvestre, Katrina Cazares, and Kyara Zepeda agreed to continue the trial to that date and have each filed a Waiver of Speedy Trial.

Having considered the government's submission and any responses thereto, the Court GRANTS the motion.  The trial is scheduled for October 21, 2024 at 9:00 AM; Pretrial motions will be filed no later than August 29, 2024.

Furthermore, the Court funds that, for the reasons detailed in the United States' motion, which is incorporated herein by reference, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Order Continuing Trial Date - 1
*United States v. Ramos, et al.* / CR23-171-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18 U.S.C. § 3161(h)(7)(A).  Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice and would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(i), (iv). This case is sufficiently complex due to the number of defendants and nature of prosecution that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date.  18 U.S.C. § 3161(h)(7)(B)(ii).

      Therefore, IT IS FURTHER ORDERED that the time between January 8, 2023, and October 21, 2024, is excluded in computing time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

      DATED this 11th day of December, 2023.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*s/ Cindy Chang*
CINDY CHANG
VINCENT T. LOMBARDI
Assistant United States Attorneys

Order Continuing Trial Date - 2
*United States v. Ramos, et al.* / CR23-171-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970