THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR23-0171RSM |
| Plaintiff, ) | |
| ) | ORDER ALLOWING |
| vs. ) | WITHDRAWAL AND |
| ) | SUBSTITUTION OF ATTORNEY |
| MOSSES RAMOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant, Mosses Ramos, for an order allowing Wayne C. Fricke and the Hester Law Group, Inc., P.S., to be substituted as his attorneys of record in place of Gregory Murphy of the Federal Public Defender's Office; and the Court being in all things fully advised; NOW, THEREFORE, It Is Hereby

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

ORDER ALLOWING WITHDRAWAL
AND SUBSTITUTION OF ATTORNEY - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157

ORDERED that Wayne C. Fricke and the Hester Law Group, Inc., P.S. are hereby allowed to substitute as attorneys for the defendant above-named in place of Gregory Murphy of the Federal Public Defender's Office.

DATED this 26th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

HESTER LAW GROUP, INC., P.S.
Substituting Attorneys

By: */s/ Wayne C. Fricke*
Wayne C. Fricke
WSB #16550

ORDER ALLOWING WITHDRAWAL
AND SUBSTITUTION OF ATTORNEY - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157