The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-171 RSM |
| Plaintiff, | |
| v. | **STIPULATED ORDER OF FORFEITURE** |
| MOSSES RAMOS, aka MOSES RAMOS, | |
| Defendant. | |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Entry of an Order of Forfeiture ("Motion"), seeking to forfeit Defendant Mosses Ramos' interest in the following property to the United States:

- A judgment for a sum of money (also known as a forfeiture money judgment) in the amount of $5,000, reflecting the proceeds Defendant Ramos personally obtained from the Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.

The Court, having reviewed the Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS that entry of an Order of Forfeiture is appropriate because:

Stipulated Order of Forfeiture - 1
*United States v. Ramos*, CR23-171-01 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846, are forfeitable pursuant to 21 U.S.C. § 853(a);

- In the Plea Agreement he entered on May 30, 2024, Defendant Ramos agreed to forfeit the above-identified sum of money, which reflects the proceeds he obtained from the Conspiracy to Distribute Controlled Substances (Dkt. No. 127, ¶ 12);

- This sum of money is personal to the Defendant, pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1); no third-party ancillary process is required before forfeiting it; and

- This motion is based on the following procedural facts, which are reflected in the pleadings filed and docket entries made in this matter.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 21 U.S.C. § 853(a) and his Plea Agreement, Defendant Ramos' interest in the above-identified sum of money in the amount of $5,000 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to Defendant Ramos at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the above-identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money in the amount of $5,000; and

Stipulated Order of Forfeiture - 2
*United States v. Ramos*, CR23-171-01 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 26th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Stipulated Order of Forfeiture - 3
*United States v. Ramos*, CR23-171-01 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970