The Honorable Ricardo S. Martinez

1

2

3

4

5

6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MOSSES RAMOS,<br>aka MOSES RAMOS,<br><br>Defendant. | NO. CR23-171-01 RSM<br><br>ORDER TO SEAL |

13       The Court, having reviewed the record in this matter, finds a compelling reason to

14  seal Exhibits A and B to the United States' Sentencing Memorandum, due to the

15  sensitivity of the material contained therein.

16       Accordingly, the Court GRANTS the Unopposed Motion to Seal and orders

17  Exhibits A and B to be sealed.

18       IT IS SO ORDERED.

19       DATED this 9th day of October, 2024.

20

21

22
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

23

24  Presented by:

25  s/ Cindy Chang

26  CINDY CHANG
Assistant United States Attorney

27

Order to Seal - 1
*United States v. Ramos,* CR23-171-01 RSM